UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PELEUS INSURANCE COMPANY,

                Plaintiff(s),

v.

RCD RESTORATIONS INC.,

                Defendant(s).

22-CV-10928 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 25, 2023, the Court ordered the parties to file a joint status letter by November 6, 2023. ECF No. 18. That date has passed, and no submission has been filed. Accordingly, it is hereby ORDERED that the parties shall file a joint status letter, as directed by the Court at ECF No. 18, by **January 11, 2024**.

    SO ORDERED.

Dated: January 4, 2024
       New York, New York

DALE E. HO
United States District Judge