UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PELEUS INSURANCE COMPANY,<br><br>                              Plaintiff(s),<br><br>                    v.<br><br>RCD RESTORATIONS INC.,<br><br>                              Defendant(s). | 22-CV-10928 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On June 28, 2023, the Court ordered the parties to appear for a post-discovery status conference on January 25, 2024, at 10:00 a.m.  ECF No. 17.  On October 24, 2023, the Court changed the conference time to 10:30 a.m.  ECF No. 18.

WHEREAS Defendant failed to appear before the Court on January 25, 2024, at 10:30 a.m., the conference is hereby ADJOURNED.  Defendant is advised that failure to comply with Court orders may result in sanctions.

It is further ORDERED that in addition to discussing Plaintiff's requested summary judgment motion on **February 8, 2024, at 11:30 a.m. (E.T.)**, *see* ECF No. 22, the parties shall be prepared to discuss all other post-discovery matters.

SO ORDERED.

Dated: January 25, 2024
          New York, New York

                                                            _____
                                                                       DALE E. HO
                                                            United States District Judge