UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PELEUS INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>RCD RESTORATIONS INC.,<br><br>                              Defendant. | 22-CV-10928 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

As discussed on the record at the conference held on February 8, 2024, at 11:30 a.m., the parties shall, by **February 23, 2024**, jointly file either (1) a status letter noting whether the parties have reached a settlement in principle, or (2) a proposed briefing schedule regarding the summary judgment motion discussed at ECF No. 22.

SO ORDERED.

Dated: February 9, 2024
       New York, New York

_____
DALE E. HO
United States District Judge